# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ABIGAIL MULLER, | : | No. 380 EAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| THE AQUATIC AND FITNESS CENTER | : | |
| D/B/A AFC JENKINTOWN, AQUA HAB, | : | |
| L.P. D/B/A THE AQUATIC AND FITNESS | : | |
| CENTER AT JENKINTOWN, AQUA HAB, | : | |
| L.P. AND KYLE DONOHUE | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.